469 A.2d 291

Commonwealth v. Thomas, Appellant.

Submitted October 7, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Order affirmed.